

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

JOE HAND PROMOTIONS, INC.,

        Plaintiff,

v.                            ACTION NO. 2:14cv20

SLIDERS SPORTS LOUNGE, LLC,
d/b/a SLIDERS SPORT LOUNGE,
and
JOHN DOE,
        Defendants.

## FINAL ORDER

This matter comes before the court on plaintiff's Motion for Default Judgment against defendant Sliders Sports Lounge LLC, d/b/a Sliders Sport Lounge ("Sliders") and John Doe (ECF No. 9), filed on June 16, 2014. The matter was referred to a United States Magistrate Judge by Order of July 1, 2014, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b), to conduct hearings, including evidentiary hearings, if necessary, and to submit to the undersigned proposed findings of fact, if applicable, and recommendations for the disposition of the motion.

The United States Magistrate Judge's Report and Recommendation was filed on August 8, 2014 (ECF No. 13). The magistrate judge recommended granting in part and denying in part plaintiff's motion, and that default judgment be entered against Sliders Sports Lounge, LLC.

By copy of the report and recommendation of the magistrate judge, the parties were advised of their right to file written objections thereto. The court has received no objections to the magistrate judge's report and recommendation, and the time for filing same has expired. The court does hereby adopt and approve in full the findings and recommendations set forth in the Report and Recommendation of the United States Magistrate Judge filed August 8, 2014. Accordingly, the plaintiff's Motion for Default Judgment is **GRANTED** as it pertains to defendant Sliders Sports Lounge, LLC, and judgment is entered against Sliders in the total amount of $17,991.50. This total includes $1,000.00 in statutory damages, $15,000.00 in enhanced statutory damages, and $1,991.50 in attorney's fees and costs. The court further **ORDERS** that the action against John Doe, be **DISMISSED,** without prejudice. The Clerk shall enter judgment for the plaintiff to this effect.

The Clerk shall forward a copy of this Final Order to all parties of record.

It is so **ORDERED**.

                                                              /s/
                                         Rebecca Beach Smith
                                                 Chief
                                    United States District Judge

REBECCA BEACH SMITH
CHIEF UNITED STATES DISTRICT JUDGE

September 8, 2014